IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GREAT PLAINS TRANSPORTATION SERVICES, INC., Plaintiff, | ) ) ) ) | |
| v. | ) ) | Case No. _____ |
| RSP FREIGHT MANAGEMENT, INC. | ) ) ) | |
| and | ) ) | |
| LIBERTY NATIONAL FINANCIAL CORP., | ) ) ) ) | |
| Defendants. | ) | |

## COMPLAINT

COMES NOW Great Plains Transportation Services, Inc. (hereinafter referred to as "Great Plains") by and through Counsel and for its Complaint states as follows:

### Parties

1. Plaintiff Great Plains is a Minnesota corporation whose principal place of business is 923 N. State Street, Fairmont, MN 56031. Great Plains is a factor and the lawful assignee of the accounts receivable of Let-R-Rip Trucking, Inc. ("Let-R-Rip") pursuant to a factoring agreement.

2. Let-R-Rip, as a federally licensed motor carrier, is engaged in the performance of interstate carriage for hire by the authority of the Federal Motor Carrier Safety Administration pursuant to Docket No. MC 570931.

3. RSP Freight Management, Inc. (hereinafter referred to as "RSP") is a Georgia corporation whose agent for service for process in the District of Columbia is Don Norman; 1140 Connecticut Ave., NW, Suite 609; Washington, DC 20036.

1

4. Defendant RSP operates as a federally licensed property broker as defined by 49 U.S.C. 13102(2) and is required to be registered with the Federal Motor Carrier Safety Administration pursuant to 49 U.S.C. 13904 and post a property broker surety bond in the amount of $10,000. See 49 U.S.C. 13904(d), 49 C.F.R. 387.307.

5. Defendant Liberty National Financial Corp. (hereinafter referred to as "Liberty National") is the administrator for the property broker bond on file with the Federal Motor Carrier Safety Administration in accordance with the requirements of 49 U.S.C. 13904(d).

6. Defendant Liberty National's registered agent for service of process is Nathan Willis, 3750 W. Main 5 Park E., Norman, OK 73072.

**Jurisdiction and Venue**

7. This Court has subject matter jurisdiction over the instant action pursuant to 28 U.S.C. 1331, 28 U.S.C. 1337 and the District of Columbia long arm statute §13-423 D.C. Code Ann., as amended.

8. Pursuant to 28 U.S.C. 1391(b), venue is proper in this District and Division in that each of the Defendants has properly registered and filed appropriate documents with the Federal Motor Carrier Safety Administration as required by federal law in Washington, D.C.

9. This action involves the collection of interstate transportation charges pursuant to 49 U.S.C. 13706, 49 U.S.C. 13707, 49 U.S.C. 13904 and 49 U.S.C. 14705.

**COUNT ONE**
**Breach of Transportation Contracts by RSP**

10. Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 9 of the Complaint as though fully set forth herein.

11. Between November 30, 2006 and January 23, 2007, Defendant RSP tendered fifteen shipments to Let-R-Rip in interstate commerce pursuant to bill of lading contracts.

12. Let-R-Rip was the carrier of record on each of the bill of lading contracts.

13. As a federally licensed motor carrier, Let-R-Rip is required to bill and collect its freight charges.

14. Let-R-Rip has invoiced Defendant RSP in the amount of $10,860.00 and Defendant RSP has accepted these invoices without objection or protest. See Appendix A.

15. Despite due demand, Defendant has failed to make payment to Let-R-Rip.

WHEREFORE, Plaintiff prays to the Court for Judgment as follows:

(1) that Judgment be entered against RSP, Inc. and that Great Plains be awarded the amount of $10,860.00 for otherwise identified and unpaid freight charges;

(2) that Great Plains have and recover attorney's fees and costs of this suit; and

(3) such other and further relief as this Court may deem just and proper.

**COUNT TWO**
**Breach of Constructive Trust Against Defendant RSP, Inc.**

16. Plaintiff reincorporates and realleges the allegations contained in paragraph 1 through 15 as though fully set forth herein.

17. At all times here relevant, Let-R-Rip acted in a capacity as a federally licensed motor carrier as defined by 49 U.S.C. 13102(3) and 49 U.S.C. 13102(12).

18. At all times material hereto, Defendant RSP was acting as, and held itself out to be a federally licensed property broker as defined by 49 U.S.C. 13102(2).

19. The general practice and custom in the motor freight industry regarding property broker service dictates that if a property broker, in this case Defendant RSP, receives monies from its shipper and consignee customers, it assumes the obligation of said shippers and consignees and must remit all freight charges to the underlying carriers exclusive of any commission fees due to the property broker for property broker services performed.  See 49 C.F.R. 371.10.

20. Pursuant to the applicable bill of lading contracts between Let-R-Rip and RSP, Let-R-Rip agreed to transport freight from various locations to various destinations for Defendant RSP's shippers and consignees.

21. Under the terms of the agreements between Defendant RSP and Let-R-Rip, as well as to common freight industry custom and practice, Defendant RSP was entrusted to collect all freight charges owed for the transportation of freight transported by Let-R-Rip from the shippers and/or consignees after deducting any agreed upon commissions due RSP.  RSP was required by statute to forward to Let-R-Rip freight charges.

22. Defendant RSP was entrusted to act as a conduit collecting monies from the shipper and/or consignees and therefore forward such monies to the intended recipient, Let-R-Rip.

23. The freight charges due Let-R-Rip are not the property of RSP, but rather represent the res of a trust held by RSP for the benefit of Let-R-Rip.

24. Let-R-Rip, as the equitable owner of the freight charges and beneficiary of the trust comprising the freight revenue, is entitled to immediate payment of freight charges full, free and clear of all liens, claims and encumbrances.

25. Defendant RSP has failed and refused to remit the freight charged due Let-R-Rip despite demands to do so prior to the commencement of this matter.

26. RSP's failure to remit the freight charges to Let-R-Rip constitutes a breach of its fiduciary duty and obligations and abuse of the fiduciary relationship between RSP on the one hand and Let-R-Rip on the other hand arising from the aforesaid trust.

27. RSP's refusal to remit freight charges due Let-R-Rip is unlawful.

WHEREFORE, Plaintiff Great Plains prays to the Court for Judgment as follows:

(1) that Judgment be entered against Defendant RSP and that Great Plains be awarded the amount of $10,860.00 representing the freight charges;

(2) that Judgment be entered directing Defendant RSP to immediately assign, transfer and deliver such monies as may be collected by Defendant after the date of the Judgment which comprise the portion of the trust res representing the freight charges to a fund to be administered and maintained by Plaintiff for purposes of distribution of such Judgment or to Great Plains; and

(3) for such other and further relief as this Court may deem just and proper.

**COUNT THREE**
**Breach of Contract/Property Broker Bond Against Defendant Liberty National**

28. Plaintiff reincorporates and realleges the allegations contained in paragraphs 1 through 27 as though fully restated herein.

29. At all times here relevant, Liberty National posted a property broker bond with the Federal Motor Carrier Safety Administration, Form BMC-85, for the purpose of assuring that the financial obligations of RSP were met in accordance with the requirements of 49 U.S.C. 13904(d).

30. Plaintiff alleges that at all times here relevant RSP was acting as a federally licensed property broker for the transportation of property by motor carrier in interstate commerce for compensation. 49 U.S.C. 13102(2).

31. RSP owes to Let-R-Rip $10,860.00 for freight charges which are due, owing and unpaid. See Appendix A.

32. Defendant Liberty National at all times here relevant was the surety for this indebtedness by virtue of the property broker bond filed with the Federal Motor Carrier Safety Administration on RSP's behalf.

33. Great Plains has filed a claim on the property broker bond with Defendant Liberty National and said claim has been denied.

34. RSP has failed to transmit payment to Plaintiff.

35. Timely claims have been filed against the property broker bond maintained by Liberty National on behalf of Let-R-Rip.

36. Liberty National is liable to Great Plains for the amount of $10,860.00 based upon the failure of its principal to pay Plaintiff, which obligation is insured by the property broker bond.

WHEREFORE, Plaintiff Great Plains prays for Judgment as follows:

(1) that Defendant Liberty National be found liable to Great Plains in the amount of $10,860.00 plus interest and reasonable attorney's fees;

(2) and for such other relief as this Court may deem just and proper.

Respectfully submitted,

_____
Douglas H .Wood, Esq., DC Bar #481262
Seaton & Husk, LP
2240 Gallows Road
Vienna, VA  22182
Tel: 703-573-0700
Fax: 703-573-9786

*Counsel for Great Plains Transportation Services, Inc.*

7

# **APPENDIX A**

# **APPENDIX A**

**Aging for RSP Freight Mgmt Inc *NH**  
*28-Feb-07*

**Great Plains Transportation Services, Inc.**

| Advance Date | Invoice Number | PO Number | Client | Days Out | Invoice Amount | Invoice Balance |
|---|---|---|---|---|---|---|
| 11/30/2006 | L0134 | | Let-R-Rip Trucking, Inc. | 90 | $700.00 | $700.00 |
| 12/4/2006 | L0135 | | Let-R-Rip Trucking, Inc. | 86 | $450.00 | $450.00 |
| 12/11/2006 | L0136 | | Let-R-Rip Trucking, Inc. | 79 | $400.00 | $400.00 |
| 12/12/2006 | L0137 | | Let-R-Rip Trucking, Inc. | 78 | $1,200.00 | $1,200.00 |
| 12/18/2006 | L138 | | Let-R-Rip Trucking, Inc. | 72 | $400.00 | $400.00 |
| 12/18/2006 | L139 | | Let-R-Rip Trucking, Inc. | 72 | $900.00 | $900.00 |
| 12/26/2006 | L0140 | | Let-R-Rip Trucking, Inc. | 64 | $350.00 | $350.00 |
| 12/26/2006 | L0141 | | Let-R-Rip Trucking, Inc. | 64 | $1,210.00 | $1,210.00 |
| 12/26/2006 | L0142 | | Let-R-Rip Trucking, Inc. | 64 | $400.00 | $400.00 |
| 12/28/2006 | L0143 | | Let-R-Rip Trucking, Inc. | 62 | $1,125.00 | $1,125.00 |
| 1/2/2007 | L0144 | | Let-R-Rip Trucking, Inc. | 57 | $875.00 | $875.00 |
| 1/8/2007 | L0145 | | Let-R-Rip Trucking, Inc. | 51 | $350.00 | $350.00 |
| 1/23/2007 | L0146 | | Let-R-Rip Trucking, Inc. | 36 | $1,175.00 | $1,175.00 |
| 1/23/2007 | L0147 | | Let-R-Rip Trucking, Inc. | 36 | $825.00 | $825.00 |
| 1/23/2007 | L0148 | | Let-R-Rip Trucking, Inc. | 36 | $500.00 | $500.00 |
| | | | **Grand Total:** | 63 | $10,860.00 | $10,860.00 |

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
GREAT PLAINS TRANSPORTATION SERVICES, INC.

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS
RSP FREIGHT MANAGEMENT, INC. and LIBERTY NATIONAL FINANCIAL CORP.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY) _____
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
DOUGLAS H. WOOD, ESQ.
SEATON & HUSK, LP
2240 GALLOWS ROAD
VIENNA, VA 22182    703-573-0700

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
- [ ] 410 Antitrust

### ○ B. Personal Injury/Malpractice
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Medical Malpractice
- [ ] 365 Product Liability
- [ ] 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
- [ ] 151 Medicare Act

**Social Security:**
- [ ] 861 HIA ((1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g)
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g)

**Other Statutes**
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)    OR    ○ F. Pro Se General Civil

**Real Property**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent, Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**Personal Property**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**Bankruptcy**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

**Property Rights**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**Federal Tax Suits**
- [ ] 870 Taxes (US plaintiff or defendant
- [ ] 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 RR & Truck
- [ ] 650 Airline Regs
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**Other Statutes**
- [ ] 400 State Reapportionment
- [ ] 430 Banks & Banking
- [x] 450 Commerce/ICC Rates/etc.
- [ ] 460 Deportation

- [ ] 470 Racketeer Influenced & Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Satellite TV
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 900 Appeal of fee determination under equal access to Justice
- [ ] 950 Constitutionality of State Statutes
- [ ] 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities- Employment<br>☐ 446 Americans w/Disabilities- Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

- ● 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

49 USC 13706, 13707, 13904, AND 14705. THIS ACTION INVOLVES THE COLLECTION OF INTERSTATE TRANSPORTATION CHARGES.

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23 ☐  **DEMAND $** 10,860.00  Check YES only if demanded in complaint  **JURY DEMAND:** YES ☐  NO ☒

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  YES ☐  NO ☒  If yes, please complete related case form.

**DATE** 04-20-2007    **SIGNATURE OF ATTORNEY OF RECORD** _____

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

- **I.** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

- **III.** CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section **II**.

- **IV.** CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

- **VI.** CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

- **VIII.** RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.