UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREAT PLAINS TRANSPORTATION SERVICES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RSP FREIGHT MANAGEMENT, INC. )<br>)<br>and )<br>)<br>LIBERTY NATIONAL FINANCIAL CORP., )<br>)<br>Defendants. )<br>) | Civil Action No. 07-0743 (PLF) |

ORDER

On April 23, 2007, plaintiff filed a complaint in this Court asserting claims of breach of contract and breach of constructive trust against the defendants. Local Civil Rule 5.1(e)(1) requires that "[t]he first filing by or on behalf of a party shall have in the caption the name and full residence address of the party." Local Civil Rule 5.1(e). Plaintiff's complaint does not.

In addition, Local Civil Rule 7.1 requires that:

In all civil or agency cases where a corporation is a party or intervenor, counsel of record for that party or intervenor shall file a certificate listing any parent, subsidiary or affiliate of that party or intervenor which, to the knowledge of counsel, has any outstanding securities in the hands of the public. Such certificate shall be filed at the time the party's first pleading is filed. The purpose of this certificate is to enable the judges of this court to determine the need for recusal. Counsel shall have the continuing obligation to advise the court of any change.

Local Civil Rule 7.1 (including the form of the certificate).

        Accordingly, it is hereby

        ORDERED that on or before May 18, 2007, plaintiff file an amended complaint that includes in the caption plaintiff's full address, and that plaintiff file a certificate in accordance with Local Civil Rule 7.1.

        SO ORDERED.

                                            ____/s/_____
                                            PAUL L. FRIEDMAN
                                            United States District Judge

DATE: April 27, 2007