CO-386-online
10/03

# United States District Court
# For the District of Columbia

GREAT PLAINS TRANSPORTATION )
SERVICES, INC. )
                    Plaintiff )
   vs )   Civil Action No. 07-0743 (PLF)

RSP FREIGHT MANAGEMENT, INC. and )
LIBERTY NATIONAL FINANCIAL CORP. )
                    Defendant )

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for GREAT PLAINS TRANSPORTATION SERVICES, INC. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of GREAT PLAINS TRANSPORTATION SERVICES, INC. which have any outstanding securities in the hands of the public:

GREAT PLAINS TRANSPORTATION SERVICES, INC. HAS NO PARENT COMPANIES, SUBSIDIAIRES OR AFFILIATES WHICH HAVE ANY OUTSTANDING SECURITIES IN THE HANDS OF THE PUBLIC.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_D.A. Wood_
Signature

481262
BAR IDENTIFICATION NO.

DOUGLAS H. WOOD
Print Name

SEATON & HUSK, LP, 2240 GALLOWS RD.
Address

VIENNA, VA 22182
City    State    Zip Code

703-573-0700
Phone Number