IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREAT PLAINS TRANSPORTATION ) <br> SERVICES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RSP FREIGHT MANAGEMENT, INC. ) <br> ) <br> and ) <br> ) <br> LIBERTY NATIONAL FINANCIAL CORP., ) <br> ) <br> Defendants. ) | Civil Action No. 07-0743 (PLF) |

**NOTICE OF DISMISSAL**

COMES NOW Plaintiff Great Plains Transportation Services, Inc. ("Great Plains"), by and through Counsel, and files this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). Great Plains moves this Court for dismissal with prejudice and states as follows:

1. Plaintiff Great Plains filed its Complaint on April 25, 2007.

2. No Defendant has filed an Answer or Motion for Summary Judgment in this matter.

Accordingly, Great Plains requests that this Court dismiss this action with prejudice.

                                           Respectfully Submitted,

                                           ____/s/_____
                                           Great Plains Transportation Services, Inc.
                                           *By Counsel*

                                           Douglas H. Wood, Esq.
                                           Law Office of Seaton & Husk, L.P.
                                           2240 Gallows Road
                                           Vienna, VA 22182
                                           Tel: (703)-573-0700; Fax: (703)-573-9786
                                           douglas.h.wood@gmail.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing NOTICE OF DISMISSAL has been served via U.S. Mail on the following parties on this 19th day of July, 2007.

     Philip W. Redwine, Esq.
     Redwine & Cubberly
     400 S. Crawford Ave.
     Norman, OK 73069
     Fax: (405)-364-9591
     *Counsel for Liberty National Financial Corp.*

     Don Norman
     Norman & Associates
     1140 Connecticut Ave., NW; Suite 609
     Washington, DC 20036
     *Agent for Service of Process for RSP Freight Management, Inc.*

                                                      _____/s/_____
                                                      Douglas H. Wood

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREAT PLAINS TRANSPORTATION SERVICES, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 07-0743 (PLF) ) |
| RSP FREIGHT MANAGEMENT, INC. | ) ) |
| and | ) ) |
| LIBERTY NATIONAL FINANCIAL CORP., | ) ) |
| Defendants. | ) |

## **ORDER**

Before this Court is Plaintiff's Notice of Dismissal pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

IT IS HEREBY ORDERED THAT Plaintiff's Motion is granted and the cause of action against all Defendants is dismissed with prejudice.

_____
United States District Judge

1